**Cause No. 01-13-00944-CR**
**Cause No. 01-13-00945-CR**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/23/2015 1:31:13 PM
CHRISTOPHER A. PRINE
Clerk

IN THE FIRST COURT OF APPEALS

GABRIEL PALACIOS, APPELLANT
VS.
THE STATE OF TEXAS, APPELLEE

On Appeal from the 338th Criminal District Court
of Harris County, Texas, Cause Nos. 1360054, 1360055
Honorable Brock Thomas, Judge Presiding

## MOTION TO WITHDRAW FROM REPRESENTATION

TO THE HONORABLE JUSTICES OF THE FOURTEENTH COURT OF APPEALS:

Comes now court-appointed appellate counsel, Deborah Summers, and respectfully requests that she be allowed to withdraw from representation on the above referenced appeal and in support would show the Court as follows:

**I**

I have reviewed the appellate record in this cause and have determined that there are no legally cognizable arguments which could conceivably persuade this Court to reverse my client's conviction. I have attempted to resolve doubts and

A-1

ambiguous legal questions in favor of my client and have not been able to locate one issue which is arguable on its merits.

**II**

I have provided my client with a copy of my brief in this cause and provided him with a motion to have the appellate record made available to Appellant and for an extension of time in which to allow Appellant to file a *pro se* brief under the *Anders v. California*, 386 U.S. 738 (1967) procedure. Further, I have informed my client that he has the right to review the appellate record and file a *pro se* brief.

WHEREAS PREMISES CONSIDERED, appellant counsel prays that this Court GRANT this motion and allow counsel to withdraw from representation.

Respectfully submitted,

_/s/Deborah Summers_
Deborah Summers
11210 Steeplecrest, # 120
Houston, Texas 77065
State Bar no. 19505600
(281)897-9600
summerspc@sbcglobal.net

Counsel for Appellant

April 10, 2014


Gabriel Palacios
TDCJ # 1894350
295 IH-45 North
Huntsville, Texas 77320-8443



Re: Appeal No. 01-13-00944-CR; 01-13-00945-CR
    Gabriel Palacios vs. State of Texas



Dear Mr. Palacios:

Enclosed you will find three items for your attention: (1) the appellate brief I have prepared on your behalf; (2) a motion to have the transcript sent to you, and; 3) a motion for an extension of time in which to allow you to file a pro se brief under the *Anders v. California*, 386 U.S. 738 (1967) procedure.

After diligently reviewing the appellate record and researching the law applicable in your case, it is my professional opinion that no reversible error was committed in your trial.

The law provides that you have the right to view the appellate record and file your own brief. To exercise this right you must inform the First Court of Appeals of your intention within

a reasonable time, generally within thirty (30) days.  I have enclosed a motion you may use to exercise this right.  If you want to file your own brief, sign and mail this motion to:  First Court of Appeals, 301 Fannin, Houston, Texas 77002.

If you have any questions, please do not hesitate to contact me.

Sincerely,


Deborah Summers

enc.

IN THE FIRST COURT OF APPEALS

GABRIEL PALACIOS,  APPELLANT
VS.
THE STATE OF TEXAS, APPELLEE

On Appeal from the 338th Criminal District Court
of Harris County, Texas, Cause Nos. 1360054, 1360055
Honorable Brock Thomas, Judge Presiding

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

Comes now Appellant, GABRIEL PALACIOS and files this his Motion for an extension of time to file a *pro se* brief and would respectfully show the Court as follows:

**I**

I have been served with a copy of the brief filed by my court-appointed appellate attorney, Ms. Deborah Summers.  She has filed an *Anders* brief along with a motion to withdraw the appeal.  I have been advised by Ms. Summers that I have the right to review the appellate record and file a *pro se* brief.

**II**

It is my desire to file a *pro se* brief. I have received a copy of my trial transcript from Ms. Summers. Further, I request that the Court allow me at least thirty (30) days, from the date the Court receives this request to file a *pro se* brief with the clerk of this Court.

WHEREFORE PREMISES CONSIDERED, Appellant prays the Court GRANT Appellant's motion for extension of time to file a *pro se* brief of at least thirty (30) days from the date the Court receives this request.

Respectfully submitted,

GABRIEL PALACIOS